CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.

Michael Koch, 131892
3990 Old Town Ave., Ste A-103
San Diego CA 92110
(619)299-2199

Attorney for Debtor(s)

**Order Entered on February 09, 2011 by Clerk U.S. Bankruptcy Court Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Grant Gaunce III
Joanne P. Zagar

Debtor.

BANKRUPTCY NO. 10-16839-PB13

Date of Hearing: Feb. 1, 2011
Time of Hearing: 11:00 a.m.
Name of Judge: Margaret M. Mann

## STIPULATED ORDER ON DEBTOR'S MOTION TO VALUE COLLATERAL AND AVOID LIEN AS TO GMAC MORTGAGE LLC

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  3    with exhibits, if any, for a total of   3    pages, is granted.  Motion/Application Docket Entry No. 17

//
//
//
//
//
//

DATED:  February 08, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

 Law Office of Michael Koch
(Firm name)

By: /s/ Michael Koch
    Attorney for Debtor

CSD 1001A

Upon the motion of debtors, filed on December 30, 2010, for an order valuing their principle residence located at 9039 Koonce Drive, Spring Valley, California, thereby rendering the claim on the second deed of trust held by GMAC Mortgage LLC (hereafter "Creditor") as wholly unsecured for purposes of debtor's chapter 13 plan, and the avoidance of the 2nd trust deed, upon successful completion of debtor's chapter 13 plan. All parties of interest were properly served with the motion and notice of motion and hearing.

IT IS ORDERED THAT:

1. Debtor's residence located at 9039 Koonce Drive, Spring Valley, California, is valued at $266,500.00 for purposes of debtor's chapter 13 plan.

2. Creditor's claim in second position shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. Creditor is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's Chapter 13 Plan. If an amended claim is not filed, the Trustee may treat any claim (secured or unsecured) filed by GMAC Mortgage, LLC as unsecured upon entry of the order herein.

3. The avoidance of Creditor's second Deed of Trust is contingent upon the Debtor's completion of the Chapter 13 Plan and the Debtor's receipt of a Chapter 13 Discharge. This lien shall be avoided following plan confirmation, completion of the plan, and resulting discharge.

4. The Second Trust Deed of Creditor, recorded with the San Diego County Recorder on February 10, 2006, as document number 2006-0101884 is avoided under 11 U.S.C. section 1322(b)(2), however creditor shall retain its lien in second position for the full amount due under the corresponding Note and Second Deed of Trust in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

5. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes Creditor's second lien rights prior to the Debtor's completion of the Chapter 13 Plan

CSD 1001A [08/22/03] (Page 3)
Stipulated Order on Debtor's Motion to Value Collateral and Avoid Lien as to GMAC Mortgage LLC
Debtor: Grant Gaunce III                                          Case No.: 10-16839-PB13
        Joanne P. Zagar

---

and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds from the foreclosure sale for the full amount of the amount due and owing under the Note and Second Deed of Trust.

    4. Attorney Michael Koch, is awarded fees of $450.00 for preparation and filing of the motion. This fee award is to be added to the confirmation order and paid as an administrative expense.

So Stipulated:

Dated: 1/21/11

_____
Attorney for GMAC Mortgage LLC

CSD 1001A